UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Deryck Devon Bennett**             **Docket No. 2:20-CR-13-1M**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deryck Devon Bennett, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on June 16, 2021, to the custody of the Bureau of Prisons for a term of 46 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Deryck Devon Bennett was released from custody on November 24, 2023, at which time the term of supervised release commenced.

On January 2, 2024, a Violation Report was submitted to the court reporting the defendant used marijuana. It was recommended that no court action be taken to allow the defendant time to engage in substance abuse treatment along with testing. The Court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 6, 2024, the defendant submitted a positive urinalysis for marijuana. When initially confronted, he denied use. It was confirmed positive by the national lab on February 8, 2024. When confronted again, the defendant reported that he went to a party where the food was laced with marijuana. The defendant was verbally reprimanded and cognitive interventions were utilized. Based on the defendant's choices regarding his negative peer groups, it is recommended that a cognitive behavioral condition be added to assist with better decision making.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: February 16, 2024 |

Deryck Devon Bennett
Docket No. 2:20-CR-13-1M
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 22d day of February, 2024, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge